IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CV-194-D

| | | |
|---|---|---|
| MIA C. ALFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BETH COBERT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On October 1, 2019, Mia C. Alford ("Alford" or "plaintiff"), appearing pro se, filed a motion for leave to proceed in forma pauperis along with a proposed complaint and summonses [D.E. 1]. On October 28, 2019, Alford paid the filing fee. However, on November 4, 2019, Alford moved for return of the filing fee [D.E. 8], and disputed the transaction with her credit card company, which reversed the charge.

The clerk has issued summonses [D.E. 6, 10, 13], and repeatedly reminded Alford of her responsibility to effect service [D.E. 7, 11, 14]. A letter the clerk sent Alford on November 12, 2019, was returned as undeliverable [D.E. 15]. Alford has not filed anything further, including proof of service. Nothing in the record indicates that plaintiff has complied with Rule 4(m) of the Federal Rules of Civil Procedure. Not later than April 24, 2020, plaintiff shall effect service of process on defendants and file proof of service with the court. If plaintiff fails to file anything by that deadline, the clerk shall enter judgment dismissing the case without prejudice without further order of the court. The court DENIES plaintiff's motion for refund of the filing fee [D.E. 8] AS MOOT.

SO ORDERED. This 13 day of April 2020.

JAMES C. DEVER III
United States District Judge