IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CV-194-D

| | |
|---|---|
| MIA C. ALFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BETH COBERT, and WILLIAM BARR, ) | |
| ) | |
| Defendants. ) | |

On April 21, 2020, Mia C. Alford ("Alford" or "plaintiff"), appearing pro se, filed a motion to proceed in forma pauperis under 28 U.S.C. § 1915 [D.E. 17]. On April 27, 2020, Alford moved to submit a psychological examination as evidence [D.E. 18]. On June 10, 2020, the court referred the motion to Magistrate Judge Numbers for frivolity review [D.E. 19]. On August 13, 2020, Magistrate Judge Numbers issued an Order and Memorandum and Recommendation ("M&R") and recommended that the complaint be dismissed for failure to state a claim [D.E. 20]. Alford did not object to the M&R.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (emphasis, alteration, and quotation omitted); see 28 U.S.C. § 636(b). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Diamond, 416 F.3d at 315 (quotation omitted).

The court has reviewed the M&R and the record. The court is satisfied that there is no clear

error on the face of the record. See Diamond, 416 F.3d at 315. Thus, the court adopts the conclusions in the M&R and dismisses the complaint.

In sum, the court GRANTS plaintiff's application to proceed in forma pauperis [D.E. 17], ADOPTS the conclusions in the M&R [D.E. 20], DENIES as moot plaintiff's motion to submit evidence [D.E. 18], and DISMISSES plaintiff's complaint for failure to state a claim. The clerk shall close the case.

SO ORDERED. This 19 day of October 2020.

                                           JAMES C. DEVER III
                                           United States District Judge